UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JAMES KRUSELL,

    Plaintiff,

v.

    Case No. 1:25-cv-1268

    Hon. Hala Y. Jarbou

MATHEW LEIRSTEIN et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 7, 2026, Magistrate Judge Sally J. Berens issued a report and recommendation that this action be dismissed for want of prosecution. (R&R, ECF No. 17.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on January 21, 2026. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 17) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the prior R&Rs entered by the magistrate judge (ECF Nos. 6, 15) are **REJECTED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (ECF No. 8) is **DENIED AS MOOT**.

A judgment consistent with this Order shall issue.

Dated: February 5, 2026          /s/ Hala Y. Jarbou
                                               HALA Y. JARBOU
                                               CHIEF UNITED STATES DISTRICT JUDGE